**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: 45TH JUDICIAL DISTRICT -     :   No. 32 MM 2020
REQUEST FOR EMERGENCY JUDICIAL    :
ORDER  (LACKAWANNA COUNTY)      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 27th day of August, 2021, the Request Pursuant to Pa.R.J.A. 1952(B)(2) is DENIED, WITHOUT PREJUDICE.

     The instant Request seeks permission for the President Judge of the Forty-Fifth Judicial District to continue suspending any state or local rules that limit the use of advanced communication technology (ACT) through December 31, 2021.

     Notably, however, the Request does not sufficiently detail how the Forty-Fifth Judicial District is presently experiencing a county-specific judicial emergency justifying the requested relief under Rule of Judicial Administration 1952(B)(2).  For instance, the Request provides no particularized data as to how the pandemic is presently, and adversely, affecting the Forty-Fifth Judicial District's capacity to function normally under the general limitations on the use of ACT.  Nor does the Request identify a peculiar and pressing concern regarding current operations at the Lackawanna County prison, such that the continued suspension of ACT limitations would be warranted.

     Respectfully, absent such detailed information, the Request fails to establish that the Court of Common Pleas of Lackawanna County is presently experiencing a judicial emergency that would necessitate conferring the requested authority on the President Judge pursuant to Rule of Judicial Administration 1952(B)(2).